HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDGARDO FOURNIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) <br> ) <br> *Plaintiff*,    ) <br> ) <br> ) <br> v.    ) <br> ) <br> ) <br> EDGARDO FOURNIER,    ) <br> ) <br> *Defendant*.    ) <br>_____ ) | No. 1:14-cr-00153 LJO-SKO <br><br> STIPULATION AND <br> ORDER TO CONTINUE STATUS <br> CONFERENCE TO DECEMBER 15, 2014 <br><br> DATE:       December 15, 2014 <br> TIME:       8:30 a.m. <br> JUDGE:     Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea hearing currently scheduled for December 1, 2014, **may be continued to December 15, 2014 at 8:30 a.m.,** or the soonest date thereafter that is convenient to the court.

Defendant Edgardo Fournier is housed at the Lerdo/Kern County Detention Facility, and defense counsel was in trial from November 11, 2014 through November 21, 2014, in *U.S. v. Hernandez, et al*, (Case No. 1:10-cr-00249-AWI-BAM).  Defense counsel is also scheduled to be out of the state beginning November 24, 2014, and continuing through November 30, 2014.  For these reasons counsel has not yet reviewed the government's written plea off with Mr. Fournier, and will not have an opportunity to do so prior to December 1, 2014.  This continuance is requested to allow the change of plea hearing to go forward at the next status conference.

The parties agree that any delay resulting from this request shall be excluded in the

interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: November 24, 2014    By | */s/ Karen A. Escobar*<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|  | HEATHER E. WILLIAMS<br>FEDERAL DEFENDER |
| DATED: November 24, 2014    By | */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>EDGARDO FOURNIER |

**ORDER**

The status conference scheduled for December 1, 2014 is continued to December 15, 2014 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **November 24, 2014**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE