HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDGARDO FOURNIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:14-cr-00153 LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE CHANGE OF PLEA |
| | ) | |
| EDGARDO FOURNIER, | ) | DATE:     January 5, 2015 |
| | ) | TIME:     8:30 a.m. |
| *Defendant.* | ) | JUDGE:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea hearing currently scheduled for December 15, 2014 **may be continued to January 5, 2015 at 8:30 a.m.,** or the soonest date thereafter that is convenient to the court.

Defendant Edgardo Fournier is housed at the Lerdo/Kern County Detention Facility. It was anticipated that defense counsel would review revisions to the government's plea offer with Mr. Fournier on December 15, 2014, and that a change of plea hearing would then occur on that same day. However, due to illness, defense counsel was not able to meet with Mr. Fournier or appear in court on December 15. This continuance is requested to allow time for defense counsel to discuss the revised plea agreement with Mr. Fournier, and appear with the defendant at the next status conference.

The parties agree that any delay resulting from this request shall be excluded in the interests of justice, and for continuity of counsel and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

|  |  |  |
|---|---|---|
|  |  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  December 16, 2014 | By | */s/ Karen A. Escobar*<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|  |  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  December 16, 2014 | By | */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>EDGARDO FOURNIER |

**ORDER**

The status conference scheduled for December 15, 2014 is continued to January 5, 2015 at 8:30 a.m.

IT IS SO ORDERED.

   Dated:   **December 16, 2014**         /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE