HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDGARDO FOURNIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff,* <br> v. <br> EDGARDO FOURNIER, <br> *Defendant.* | No. 1:14-cr-00153 LJO-SKO-1 <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING <br><br> DATE:  April 13, 2015 <br> TIME:  8:30 a.m. <br> JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing currently scheduled for March 30, 2015, **may be continued to April 13, 2015 at 8:30 a.m.,** or the soonest date thereafter that is convenient to the court.

Defense counsel will be out of the state the week of March 30, 2015, and will not be available to appear in court on the currently scheduled sentencing date. Because the government is not available on April 6, 2015, it is requested that sentencing be continued to April 13, 2015, to allow for continuity of counsel.

Because Mr. Fournier has already pled guilty the parties believe that exclusion of time is not required; however, out of an abundance of caution, the parties agree that the delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation

and continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: March 16, 2015    By    */s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: March 16, 2015    By    */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
EDGARDO FOURNIER

**ORDER**

The sentencing hearing scheduled for March 30, 2015 is continued to April 13, 2015 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **March 16, 2015**           /s/ Lawrence J. O'Neill
                        UNITED STATES DISTRICT JUDGE

FOURNIER: Stipulation to Continue Sentencing        -2-