HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDGARDO FOURNIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  EDGARDO FOURNIER,  Defendant. | No. 1:14-cr-00153 LJO-SKO-1  STIPULATION AND ORDER TO CONTINUE SENTENCING  DATE:  May 26, 2015  TIME:  8:30 a.m.  JUDGE:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the sentencing hearing currently scheduled for May 4, 2015, may be continued to May 26, 2015 at 8:30 a.m.,** or the soonest date thereafter that is convenient to the court.  It is further stipulated that any sentencing memoranda or formal objections to the PSR may be filed by May 11, 2015, and that any response thereto may be filed by May 18, 2015.

The defense received an amended PSR on April 17, 2015, that increased Mr. Fournier's criminal history category based on offenses from Kansas and Nevada that were not included listed in the original PSR.  Counsel has received some documentation regarding these offenses but is seeking additional documentation. The requested documentation is needed to enable counsel to effectively respond to the amended PSR.

/ / /

Because Mr. Fournier has already pled guilty the parties believe that exclusion of time is not required. However, out of an abundance of caution, the parties agree that the delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: April 27, 2015         By   */s/ Karen A. Escobar*
                                              KAREN A. ESCOBAR
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: April 27, 2015         By   */s/ Eric V. Kersten*
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              EDGARDO FOURNIER

## ORDER

The sentencing hearing scheduled for May 4, 2015 is continued to May 28, 2015 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **April 28, 2015**                   /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE