**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:14-cr-153-LJO-SKO** |
| **Plaintiff,** | **ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION (Doc. 43) OF ORDER DENYING DEFENDANT'S REQUEST FOR TRANSCRIPTS** |
| **v.** | |
| **EDGARDO FOURNIER,** | |
| **Defendant.** | |

Defendant Edgardo Fournier, a federal prisoner proceeding pro se, moved under 28 U.S.C. § 753(f) for the Court to order the government to provide him transcripts of his criminal proceedings at no cost. Docs. 40, 41. Defendant argued the transcripts are necessary for his "post-conviction relief efforts" in the future. *See* Doc. 41 at 2.[1] The Court denied Defendant's request because it was not possible to "determine whether his 'post-conviction relief efforts' are frivolous and whether the trial transcripts are needed to decide the issue(s) they raise." Doc. 42 at 2. The Court noted that Defendant did "not provide any explanation of how he intends to proceed in the future or the basis for those proceedings." *Id.*

Defendant now moves for reconsideration of the Court's order denying his request for transcripts. Doc. 43 at 1. Defendant argues he needs the transcripts of his proceedings to adequately support his belief that his "counsel was ineffective at sentencing for failing to request specific departures related to his upbringing, purity of the drugs, and because the restitution ordered was unreasonable . . . and counsel failed to fully explain the terms and conditions of the plea agreement." *Id.* Defendant provides no further explanation or information about these arguments.

---

[1] Defendant has confirmed that his anticipated "post-conviction efforts" will be a motion under 28 U.S.C. § 2255 challenging his sentence. *See* Doc. 43 at 1.

1

As the Court explained in its order denying Defendant's request for transcripts, the Court may not order the government to provide Defendant with the transcripts unless and until the Court can certify that Defendant's expected § 2255 motion is not frivolous and that the transcripts are necessary to decide the issues that the motion will present. *See* Doc. 42 at 1-2; 28 U.S.C. § 753(f). The Court remains unable to do so because Defendant has not provided any meaningful explanation or information about his belief that his counsel was ineffective at sentencing. Accordingly, Defendant's motion for reconsideration (Doc. 43) is DENIED.

If Defendant wishes to obtain transcripts of his criminal proceedings at no cost, he must, at the very least, explain in specific detail why his anticipated § 2255 motion is not frivolous <u>and</u> why the transcripts are necessary to decide the issues that the motion will present. Wishing for transcripts <u>to determine</u> whether to file a motion is inadequate on its face. Any further motion for transcripts that fails to do so will be denied with prejudice.

IT IS SO ORDERED.

Dated:   __**February 3, 2016**__                    ____**/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE

2