IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDGARDO FOURNIER,<br><br>  Defendant. | Case No.: 1:14-CR-00153-001<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on January 28, 2022, to Time Served, IT IS HEREBY ORDERED that the defendant shall be released forthwith.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  **January 28, 2022**

_____
UNITED STATES DISTRICT JUDGE